**JULIA ELIZABETH GIBSON McALISTER,** a widow, et al., v. **FIRST NATIONAL BANK OF TAMPA,** a national banking association, as Trustee under the Last Will and Testament of James Monroe Gibson, Deceased.

| | |
|---|---|
| 29 So. (2nd) 210 | January Term, 1947 |
| February 7, 1947 | Division B |
| Rehearing Denied March 6, 1947 | |

PER CURIAM:

*McKay, Macfarlane, Jackson & Ferguson,* for appellants.

*Wm. M. Taliaferro,* for appellee.

The decree appealed from is affirmed on authority of Byers, Exr. et al., v. Beddow, 106 Fla. 166, 142 So. 894.

THOMAS, C. J., BUFORD, ADAMS, and BARNS, JJ., concur.